# United States District Court
EASTERN DISTRICT OF WISCONSIN

CRAIG MILLER
NANCY MILLER,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 06-C-1021

SAFECO INSURANCE
COMPANY OF AMERICA,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Safeco Insurance Company of America remit to Craig and Nancy Miller the amount of $446,181.50 (subject to appropriate supplementation since the filing of the plaintiffs' brief on October, 25, 2010) as bad faith damages;

**IT IS FURTHER ORDERED**, as previously determined in this court's decision of May 30, 2008, that Safeco Insurance Company of America remit to Craig and Nancy Miller the amount of $485,100.64 as is due to them under the terms of the Policy;

**IT IS FURTHER ORDERED** that judgment be entered in favor of Craig and Nancy Miller and against Safeco Insurance Company of America in the total amount of $931,282.14;

**IT IS FURTHER ORDERED** that the Millers' motion for partial summary judgment (Docket # 144) be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED**.

Approved: s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

Dated this 28th day of December 2010, at Milwaukee, Wisconsin.

JON W. SANFILIPPO
Clerk

s/C. Stanton
Deputy Clerk